JENNIFER LEWKOWSKI, ESQ.
Nevada Bar No. 10823
PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
jlewkowski@psalaw.net

Attorneys for Defendant
Wal-Mart Stores, Inc.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA SURITA,<br><br>                    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., DOES I through X inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>            Defendants. | Case No: 2:09-cv-2153-JCM-RJJ<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF HER COMPLAINT, IN ITS ENTIRETY, AGAINST WAL-MART STORES, INC.** |

Plaintiff, PAMELA SURITA, by and through her attorneys of record, BENSON & BINGHAM do hereby agree to enter a voluntary dismissal with prejudice of plaintiff's complaint against Wal-Mart Stores, Inc., in its entirety, with each party to bear his or her own costs and attorney's fees.

DATED this 29 day of June, 2010.          DATED this 30th day of June, 2010.

**BENSON & BINGHAM**                        **PHILIPS, SPALLAS & ANGSTADT LLC**



Ben J. Bingham, Esq.                         Jennifer Lewkowski, Esq.
Nevada Bar No. 7280                          Nevada Bar No.  10823
626 S. 10th Street                           504 S. Ninth Street
Las Vegas, NV 89101                          Las Vegas, NV 89101

*Attorney for Plaintiff*                     *Attorneys for Defendant*
                                             *Wal-Mart Stores, Inc.*

**IT IS HEREBY ORDERED**, that plaintiff's claims against Wal-Mart Stores, Inc. are hereby

1 dismissed with prejudice in their entirety and that each party bear his or her own costs and attorney's

2 fees.

3

4      DATED on this 8th  day of July, 2010.

5

6

7                                **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28